# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | CA42 |
| Violation Number | F02B0002 |
| Officer Name | Borek |
| Officer No. | 2457 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 01/30/2022 14:02 |
| Offense Charged | FED 36 CFR 261.3A |
| Place of Offense | TRIMMER SPRINGS RD |
| HAZMAT | ☐ |

Offense Description: Factual Basis for Charge
THREATENING, RESISTING, INTERFERING WITH ANY FOREST OFFICER

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Phone: | |
| Last Name | MCCOMBS |
| First Name | PATRICK |
| M.I. | S |
| Street Address | |
| City | |
| State | |
| Zip Code | |
| Date of Birth (mm/dd/yyyy) | |
| Drivers License No. | |
| CDL | ☐ |
| D.L. State | |
| Social Security No. | |
| Adult ☐ | Juvenile ☐ |
| Sex | M ☐ F ☐ |
| Race | |
| Hair | |
| Eyes | |
| Height | |
| Weight | |

### VEHICLE

VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8UDF156 | CA | 2018 | NISS/ | ☐ | BLK |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount |
|---|---|
| Forfeiture Amount | |
| Processing Fee | $ 30.00 |
| Total Collateral Due | |

PAY THIS AMOUNT

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| TO BE DETERMINED. | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F02B0002

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/30/2022 while exercising my duties as a law enforcement officer in the Eastern District of CA

Pursuant to 16USC 551: I state that on January 30, 2022, while exercising my duties as a law enforcement officer in the Eastern District of California, Sierra National Forest, I was conducting a marked vehicle patrol on the High Sierra Ranger District on Trimmer Springs Road. Five other US Forest Service (USFS) Law Enforcement Officers (LEOs), a USFS police K9, and myself were attempting to locate a subject named John Scott MCCOMBS to investigate possible violations of residing on National Forest lands, and to arrest MCCOMBS for a state warrant.

LEOs and I were able to locate MCCOMBS at the "cellphone site" on Trimmer Springs Road. Once contacted, I ordered MCCOMBS out of his vehicle and I placed MCCOMBS under arrest. During the Search Incident to Arrest, while coming up from a squatting position, MCCOMBS resisted and deliberately hindered my lawful arrest by grabbing my service weapon. Once MCCOMBS gripped my weapon a physical altercation ensued. Multiple LEOs, the USFS police K9 and myself eventually detained MCCOMBS on the ground. He was evaluated and treated for minor injuries and a K9 bite by EMS after this altercation.

During the vehicle inventory and search incident to arrest several items of narcotics were located within MCCOMBS vehicle. These items included marijuana, marijuana paraphernalia, suspected phycobilin mushrooms and prescription pills inside unlabeled containers and plastic baggies.

Once the Search Incident to Arrest and vehicle inventory were completed, I issued violation notice F02B0002 to MCCOMBS for Title 36 CFR 261.3 (a) Resisting a forest officer engaged in his official duties in the protection, improvement, or administration of the National Forest System. MCCOMBS was also issued a Violation Notice Title 21 USC 844 Possession of simple narcotics. MCCOMBS refused to sign both the violation notices.

Body worn camera footage, digital photographs and reports from other officers on scene

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/30/2022                          [signature]
             Date (mm/dd/yyyy)                   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)                   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                    CMV = Commercial vehicle involved in incident