| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>ALEXANDRE M. DEMPSEY<br>Assistant United States Attorney<br>MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 6<br>7 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-po-00034-SAB |
|---|---|
| Plaintiff, | [Citations # F02B0001 & F02B0002 CA/42] |
| v. | |
| PATRICK S. McCOMBS | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre M. Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00034-SAB [Citations # F02B0001 & F02B0002 CA/42] against PATRICK S. McCOMBS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 8, 2022  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Alexandre M Dempsey
ALEXANDRE M. DEMPSEY
Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00034-SAB [Citations # F02B0001 & F02B0002 CA/42] against PATRICK S. McCOMBS be dismissed, without prejudice, in the interest of justice.

DATED: March _____, 2022

_____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE