PHILLIP A. TALBERT
United States Attorney
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-po-00034-SAB |
| Plaintiff, | [Citations # F02B0001 & F02B0002 CA/42] |
| v. | |
| PATRICK S. McCOMBS | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre M. Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00034-SAB [Citations # F02B0001 & F02B0002 CA/42] against PATRICK S. McCOMBS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 8, 2022                 Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                      By:     /s/ Alexandre M Dempsey
                                                        ALEXANDRE M. DEMPSEY
                                                        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00034-SAB [Citations # F02B0001 & F02B0002 CA/42] against PATRICK S. McCOMBS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 8, 2022**

UNITED STATES MAGISTRATE JUDGE